**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

SOUTHERN PIPE AND SUPPLY
COMPANY, INC.                                                               **PLAINTIFF**

**CIVIL ACTION NO. 4:08-CV-118-HTW-LRA**

WILLIAM H. LONG                                                           **DEFENDANT**

## ORDER

The above styled and numbered cause is hereby transferred to the Honorable Judge William H. Barbour for all purposes and proceedings.

**SO ORDERED** this the 8th day of December, 2008.

**s/ HENRY T. WINGATE**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**